...

Case 5:15-cv-00012-EKD   Document 11   Filed 03/04/15   Page 1 of 1   Pageid#: 174

end header

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAR 04 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KENNETH H. ADAMS, *individually and as Chairman of the 24th Senatorial District Republican Committee*, et al., | ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No.: 5:15cv012 |
| v. | ) ) |
| JAMES B. ALCORN *in his official capacity as Chairman of the Virginia State Board of Elections*, et al., | ) By: Hon. Michael F. Urbanski ) United States District Judge ) ) |
| Defendant. | ) ) |

It appearing proper to do so, it is hereby

## ORDERED

that this case is reassigned to the docket of United States District Judge Elizabeth K. Dillon for all further action and proceedings.

The Clerk shall send a copy of this Order to all counsel of record.

Entered: March 4, 2015

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge